IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KYLE JERRY POINTER,<br><br>Plaintiff,<br><br>vs.<br><br>REID RICHTER, Captain of Cass Co. Police; JOHN DOE, Police Officer; JOHN DOE, and MICHELLE ROBBISON,<br><br>Defendants. | **8:25CV727**<br><br><br>**ORDER TO SHOW CAUSE** |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint on December 17, 2025 (Filing No. 1). Plaintiff did not request summons at that time, or any time since. More than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed a return of service indicating service on any defendant and none of the defendants have voluntarily appeared.

Accordingly, IT IS ORDERED that Plaintiff shall have until April 17, 2026 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure

4(m), or take appropriate action. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 25th day of March, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge