IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KYLE JERRY POINTER, | |
| Plaintiff, | **8:25CV727** |
| vs. | |
| REID RICHTER, Captain of Cass Co. Police; JOHN DOE, Police Officer; JOHN DOE, and MICHELLE ROBBISON, | **FINDINGS AND RECOMMENDATION** |
| Defendants. | |

On March 25, 2026, the court entered an order requiring Plaintiff to show cause on or before April 17, 2026 why this case should not be dismissed pursuant to Fed.R.Civ.P. 4(m) and NECivR 41.2 for want of prosecution. (Filing No. 4). The court warned that failure to comply with its order may result in the dismissal of Plaintiff's complaint without further notice. Plaintiff did not respond to the show cause order. The undersigned now recommends that the court dismiss Plaintiff's complaint.

Plaintiff filed the Complaint on December 17, 2025 (Filing No. 1). Plaintiff never requested summons, so none were issued. More than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed a return of service indicating service on any defendant and none of the defendants have voluntarily appeared.

Plaintiff has taken no further action since the court's order and did not show cause why this case should not be dismissed for failure to prosecute.

Accordingly,

IT IS RECOMMENDED to the Honorable Joseph F. Batallion, Senior United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff's complaint be dismissed in its entirety.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 21st day of April, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge