IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KYLE JERRY POINTER, | |
| Plaintiff, | **8:25CV727** |
| vs. | |
| REID RICHTER, Captain of Cass Co. Police; JOHN DOE, Police Officer; JOHN DOE, and MICHELLE ROBBISON, | **ORDER** |
| Defendants. | |

This matter comes before the Court on the Findings and Recommendation of the Magistrate Judge that this case be dismissed pursuant to Federal Rule of Civil Procedure 4(m) and NECivR 41.2 for want of prosecution. Filing No. 6. As noted in the Magistrate Judge's order, Plaintiff never requested summons, and no defendants have voluntarily appeared. *Id.* at 1. Plaintiff also did not respond to a show cause order regarding the lack of service and did not object to the Magistrate Judge's Findings and Recommendation.

Accordingly, the Court, having reviewed the record and received no objections, adopts the Magistrate Judge's Findings and Recommendation in full.

IT IS ORDERED:

1)    The Court adopts the Findings and Recommendation of the Magistrate Judge, Filing No. 6, in full.

2)    This case is dismissed without prejudice for want of prosecution.

3)    The Clerk is directed to close the case.

4)    The Court will enter a separate judgment.

Dated this 12th day of May, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge